

203 EAST POST ROAD, WHITE PLAINS, NEW YORK 10601   TELEPHONE 845-704-7777   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

May 15th, 2014

**BY ECF**
The Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   United States v. Rene Cardona
              Docket No. 1:14-mj-00921-UA

Dear Judge Dolinger:

Please be advised that I have been retained by Rene Cardona to represent him in the above-captioned case. I respectfully request that the Court permit me to substitute as counsel, along with Carlos Moreno, Esq. who will assist me in representing Mr. Cardona. Mr. Moreno will be filing an electronic notice of appearance separately.

    Respectfully,

    Merchant Law Group LLP

    By: _/s/ Daniel_
         Daniel DeMaria, Esq.

cc:   **BY ECF**
      Serrin Andrew Turner
      Assistant United States Attorney

      Martin Samuel Cohen
      Federal Defenders of New York Inc. (NYC)

      **BY ELECTRONIC MAIL**

      Carlos Moreno, Esq.