```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
                     -v-                                    :        14-cr-314-RA
                                                            :
                                                            :          ORDER
                                                            :
RENE CARDONA,                                               :
      a/k/a "Rey Cardona Cruz"                              :
      a/k/a "REYCCRUZ"                                      :
                                                            :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/14

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, it is hereby:

ORDERED that Defendant's motion to suppress shall be filed by August 15, 2014; the Government's response shall be filed by September 5, 2014; and Defendant's reply shall be filed by September 19, 2014.

IT IS FURTHER ORDERED that, should the Court determine that a suppression hearing is warranted, it shall be held from November 5, 2014 to November 7, 2014.

IT IS FURTHER ORDERED that trial in this matter is scheduled to begin on November 17, 2014.

SO ORDERED.

Dated:    June 27, 2014
          New York, New York

_____
Ronnie Abrams
United States District Judge