```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
                    -v-                                     :      14-cr-314-RA
                                                            :
                                                            :         ORDER
                                                            :
RENE CARDONA,                                               :
     a/k/a "Rey Cardona Cruz"                               :
     a/k/a "REYCCRUZ"                                       :
                                                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/14

RONNIE ABRAMS, United States District Judge:

On July 3, 2014, Defendant submitted by electronic mail an application for an order granting bail, indicating that it was to be filed under seal. It is hereby ORDERED that Defendant shall provide the Court with a redacted version of the application for public filing by July 16, 2014.

SO ORDERED.

Dated:   July 11, 2014
         New York, New York

_____
Ronnie Abrams
United States District Judge