UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-                                      14-cr-314-RA

                                                      ORDER

RENE CARDONA,
    a/k/a "Rey Cardona Cruz"
    a/k/a "REYCCRUZ"

                            Defendants.

------------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

        On August 26, 2014, Defendant filed a letter motion seeking discovery of certain information from the Government (Dkt. 21). In that letter motion, Defendant also asked the Court to extend the deadline for the Defendant's anticipated suppression motion (presently August 29, 2014) so that he may make use of any discovery should his discovery motion be granted. The Government is yet to respond to Defendant's discovery motion and the Court has not yet ruled.

        Accordingly, it is hereby:

        ORDERED that the deadline for Defendant's suppression motion is adjourned until September 8, 2014. The Government shall file its opposition by September 29, 2014 and Defendant's reply, if any, shall be filed by October 13, 2014.

SO ORDERED.

Dated:       August 28, 2014
                  New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/14