UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF MOTION** |
| vs. | No. 14-CR-314 (RA) |
| RENE CARDONA, | |
| Defendant. | |

------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed declaration of Daniel DeMaria, Esq., sworn September 8th, 2014, the exhibits attached thereto, and a Memorandum of Law, the undersigned will move this Court, before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York, 10007, at a time to be designated by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, suppressing evidence obtained in violation of the Fourth and Fifth Amendments to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such further relief as the Court deems just and proper.

Dated:    White Plains, New York
          September 8th, 2014

_____
Daniel DeMaria, Esq. (DD4130)
Merchant Law Group LLP
203 East Post Road
White Plains, New York 10601
Tel: 845-704-7777
Fax: 877-607-5419
ddemaria@nyslitigators.com

1

Carlos Moreno, Esq. (CM 5375)
352 7th Avenue, Suite 1204
New York, New York 10001
Tel: 212-631-7555
mrncrls@aol.com

TO:   Preet Bharara, Esq.
      United States Attorney
      Southern District of New York
      Attn: Andrew DeFilippis, Esq.
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York, 10007
      Tel: 212-637-2231
      andrew.defilippis@usdoj.gov