

**MERCHANT**
**L A W   G R O U P   L L P**

203 EAST POST ROAD, WHITE PLAINS, NEW YORK 10601   TELEPHONE 845-704-7777   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

**VIA CM/ECF**

October 29th, 2014

      Re:    United States v. Rene Cardona
             14 CRIM 314 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

The suppression hearing in this matter is scheduled to begin on November 5, 2014. The Defendant and the Government jointly and respectfully request that the suppression hearing be adjourned to mid-January 2014, or later, in order to provide the parties with additional time to try and resolve this matter by way of a plea resolution.

    Respectfully,

    Merchant Law Group LLP


    By:_____
        Daniel DeMaria (DD4130)


cc:    Andrew DeFilipis, Esq. (via CM/ECF)
       Assistant United States Attorney

       Carlos Moreno, Esq. (via CM/ECF)
       Co-Defense Counsel