

**MEMO ENDORSED**

203 EAST POST ROAD, WHITE PLAINS, NEW YORK 10601   TELEPHONE 845-704-7777   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

**VIA CM/ECF**

October 29th, 2014

      Re:   United States v. Rene Cardona
              14 CRIM 314 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 3 0 2014
```

Dear Judge Abrams:

The suppression hearing in this matter is scheduled to begin on November 5, 2014. The Defendant and the Government jointly and respectfully request that the suppression hearing be adjourned to mid-January 2014, or later, in order to provide the parties with additional time to try and resolve this matter by way of a plea resolution.

Respectfully,

Merchant Law Group LLP

By: _____
Daniel DeMaria (DD4130)

cc: Andrew DeFilipis, Esq. (via CM/ECF)
    Assistant United States Attorney

    Carlos Moreno, Esq. (via CM/ECF)
    Co-Defense Counsel

Application granted. The suppression hearing is adjourned until January 14-15, 2015. Trial remains scheduled for February 23-27, 2015. To the extent the Government seeks to exclude additional time under 18 U.S.C. § 3161 (h)(7)(A), it shall consult with Defendant and submit a proposed order to the Court.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 30, 2014