USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/25/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RENE CARDONA,
    a/k/a "Rey Cardona Cruz"
    a/k/a "REYCCRUZ"

                    Defendant.

No. 14-CR-314 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully directed to make the following exhibits, which were admitted into evidence at today's suppression hearing, available via ECF:

1. Gov't Ex. 1: Advice of Rights Form
2. Gov't Ex. 2: Instagram transcript excerpts signed by Agent Robertson and Defendant
3. Gov't Ex. 3: Consent to Assume Online Presence Form
4. Gov't Ex. 4: Defendant's handwritten statement of April 30, 2014
5. Def. Ex. B: Operations Order Form dated April 29, 2014
6. Def. Ex. C: Criminal Complaint in United States v. Alberto C. Yard
7. Def. Ex. D: Criminal Complaint in United States v. Colette Robertson
8. Def. Ex. E: Criminal Complaint in United States v. Mark Anthony Warren

Furthermore, and as discussed at the hearing, the Government is directed to coordinate with defense counsel to prepare a redacted version of the unedited Instagram production (Court Ex. 1), and to submit such redacted version to the Court.

SO ORDERED.

Dated: February 25, 2015
       New York, New York

_____
Ronnie Abrams
United States District Judge