UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA               :

                                                     :  **INDICTMENT**

       - v. -

                                                     :  14 Cr. **CRIM 314**

RENE CARDONA,                          :
    a/k/a "Rey Cardona Cruz,"
    a/k/a "REYCCRUZ,"                  :

- - - - - - - - - - - - - - - - - x

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 16 2014

<u>COUNT ONE</u>

(Production of Child Pornography)

The Grand Jury charges:

1. In or about February 2014, in the Southern District of New York, RENE CARDONA, a/k/a "Rey Cardona Cruz," a/k/a "REYCCRUZ," the defendant, willfully and knowingly did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting commerce, and which visual depiction was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce, and was actually transported and

transmitted using a facility of interstate and foreign commerce, to wit, CARDONA induced an 11-year-old boy in Guam to send sexually explicit images of himself to CARDONA over the Internet.

(Title 18, United States Code, Section 2251(a).)

## COUNT TWO

(Receipt of Child Pornography)

The Grand Jury further charges:

2. In or about February 2014, in the Southern District of New York, RENE CARDONA, a/k/a "Rey Cardona Cruz," a/k/a "REYCCRUZ," the defendant, knowingly did receive and distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and material that contained child pornography, using a means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, CARDONA, received chat communications over the Internet sent by an 11-year-old boy in Guam containing sexually explicit pictures of the child.

(Title 18, United States Code, Sections 2252A(a)(2)(A) & (a)(2)(B).)

2

COUNT THREE

(Production of Child Pornography)

The Grand Jury further charges:

3. In or about October 2013, in the Southern District of New York, RENE CARDONA, a/k/a "Rey Cardona Cruz," a/k/a "REYCCRUZ," the defendant, willfully and knowingly did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting commerce, and which visual depiction was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce, and was actually transported and transmitted using a facility of interstate and foreign commerce, to wit, CARDONA induced a 14-year-old boy to engage in sexually explicit conduct in New York, New York, and produced a video recording of such conduct using an electronic device that had been transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a).)

3

COUNT FOUR

(Distribution of Child Pornography)

The Grand Jury further charges:

4. In or about February 2014, in the Southern District of New York and elsewhere, RENE CARDONA, a/k/a "Rey Cardona Cruz," a/k/a "REYCCRUZ," the defendant, knowingly did receive and distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and material that contained child pornography, using a means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, CARDONA sent sexually explicit depictions of a 14-year old boy to an individual over the Internet.

(Title 18, United States Code, Sections 2252A(a)(2)(A) &
(a)(2)(B).)

4

## COUNT FIVE

(Possession of Child Pornography)

The Grand Jury further charges:

5. From at least in or about April 2014, in the Southern District of New York, RENE CARDONA, a/k/a "Rey Cardona Cruz," a/k/a "REYCCRUZ," the defendant, knowingly did possess, and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, CARDONA possessed on a computer and on a cellular phone in New York, New York electronic files containing child pornography, including child pornography with visual depictions of prepubescent minors.

(Title 18, United States Code, Section 2252A(a)(5)(B) & (b)(2).)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RENE CARDONA,
a/k/a "Rey Cardona Cruz,"
a/k/a "REYCCRUZ,"

Defendant.

INDICTMENT

14 Cr.

(18 U.S.C. §§ 2251(a), 2252A(a)(2)(A) & (a)(2)(B), and 2252A(a)(5)(B) & (b)(2).)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

5/16/14   Filed Indictment
          Judge Nathan