USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/30/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

RENE CARDONA,
    a/k/a "Rey Cardona Cruz"
    a/k/a "REYCCRUZ"

                    Defendant.

---

No. 14-CR-314 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The parties are directed to appear for a conference on April 1, 2015 at 11:30 a.m.

SO ORDERED.

Dated:    March 30, 2015
               New York, New York

                                          Ronnie Abrams
                                          United States District Judge