

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

April 1, 2015

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States* v. *Rene Cardona,*
            14 Cr. 314 (RA)

Dear Judge Abrams:

      In advance of the bench trial on stipulated facts scheduled in the above-referenced case, please find enclosed copies of the jury trial waiver and factual stipulation to which the parties have agreed.  It is anticipated that the parties will execute these documents on April 9, 2015, prior to the trial.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

By:   _____
        Gina Castellano
        Andrew DeFilippis
        Assistant United States Attorneys
        (212) 637-2224/2231

cc:    Daniel DeMaria, Esq.
       Carlos Moreno, Esq.