```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

            -v-                     :    WAIVER OF TRIAL BY JURY

RENE CARDONA,                       :    14 Cr. 314 (RA)
    a/k/a "Rey Cardona Cruz,"
    a/k/a "REYCCRUZ,"               :

            Defendant.              :

- - - - - - - - - - - - - - - - - -X
```

RENE CARDONA, a/k/a "Rey Cardona Cruz," a/k/a "REYCCRUZ," the defendant, having been advised by defense counsel, Daniel DeMaria, Esq. and Carlos Moreno, Esq., and by the Court of the defendant's constitutional right to a trial by jury, and specifically, (i) that a jury is composed of 12 members of the community; (ii) that the defendant may participate in the selection of jurors; (iii) that the jury's verdict must be unanimous; and (iv) that a judge alone will decide the defendant's guilt or innocence if the defendant waives a jury trial; and upon the consent of the United States of America, by Gina Castellano and Andrew DeFilippis, Assistant United States

1

Attorneys, hereby voluntarily waives trial by jury and consents to trial by the Court, in accordance with Rule 23 of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 9, 2015

                                        PREET BHARARA
                                        United States Attorney

                                    By:_____
                                        Gina Castellano
                                        Andrew DeFilippis
                                        Assistant United States Attorneys


                                        _____
                                        RENE CARDONA


                                        _____
                                        DANIEL DeMARIA, ESQ.
                                        CARLOS MORENO, ESQ.
                                        Attorneys for Rene Cardona


APPROVED:

_____
RONNIE ABRAMS
United States District Judge