

75 SOUTH BROADWAY, SUITE 409, WHITE PLAINS, NEW YORK 10601   TELEPHONE 212-658-1455   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

**VIA CM/ECF**

April 6th, 2015

      Re:   United States v. Rene Cardona
             14 CRIM 314 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

I write to request permission to bring a Sony Digital Paper Tablet for use during the bench trial on stipulated facts scheduled for April 9th, 2015. I enclose a proposed order and thank the Court for its time and attention to this matter.

    Respectfully,

    Merchant Law Group LLP

    By: *Daniel DeMaria*
        Daniel DeMaria (DD4130)

cc:   Gina Castellano, Esq. (via CM/ECF)
      Assistant United States Attorney

      Andrew DeFilipis, Esq. (via CM/ECF)
      Assistant United States Attorney

      Carlos Moreno, Esq. (via CM/ECF)
      Co-Defense Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __United States v. Rene Cardona_____

_____, No. _14-CR-314_.

The date(s) for which such authorization is provided is (are) _April 9, 2015_____.

| Attorney | Device(s) |
|---|---|
| 1. Daniel DeMaria | Sony Digital Paper Tablet |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014