

75 SOUTH BROADWAY, SUITE 409, WHITE PLAINS, NEW YORK 10601   TELEPHONE 212-658-1455   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

VIA ELECTRONIC MAIL

April 10th, 2015

      Re:    United States v. Rene Cardona
            14 CRIM 314 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

I write to respectfully request that the conference scheduled for 11:00 a.m. today be rescheduled to Monday, April 13th, 2015 at 2:30 p.m. The Government consents to this request.

The reason for my request is that I have just learned from the Government that Mr. Cardona refused to be transported from MDC Brooklyn to the courthouse this morning. I have since been in communication with Mr. Cardona who thought the Marshals were attempting to transport him by mistake given that he had court yesterday and that his next court date was scheduled for July 24th, 2015. Mr. Cardona has been advised that the matter has been rescheduled, subject to the Court's approval to 2:30 p.m. on April 13th, 2015.

We sincerely apologize for any inconvenience this has caused the Court.

    Respectfully,

    Merchant Law Group LLP

    By: *Daniel DeMaria*
        Daniel DeMaria (DD4130)

cc:    Gina Castellano, Esq. (via electronic mail)
       Assistant United States Attorney

       Andrew DeFilipis, Esq. (via electronic mail)
       Assistant United States Attorney

       Carlos Moreno, Esq. (via electronic mail)
       Co-Defense Counsel