

75 SOUTH BROADWAY, SUITE 409, WHITE PLAINS, NEW YORK 10601   TELEPHONE 212-658-1455   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

VIA UPS & CM/ECF

July 28th, 2015

        Re:    United States v. Rene Cardona
                 14 CRIM 314 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

Please find enclosed a courtesy copy of the Defendant's sentencing memorandum and exhibits pertaining thereto. I also enclose separate copies of Exhibits "A" and "B" and respectfully ask that they be filed under seal. Exhibit "A" consists of a medical report. Exhibit "B" consists of reference letters which contain home addresses. We note that Exhibit "B" has been filed on CM/ECF with redactions to the home addresses.

Kindly note that the Court's courtesy copy contains Exhibit "A" and an unredacted version of Exhibit "B".

    Respectfully,

    Merchant Law Group LLP

    By: *Daniel DeM*
          Daniel DeMaria (DD4130)

cc:    Gina Castellano (via CM/ECF)

       Andrew DeFilippis (via CM/ECF)

       Carlos Moreno (via CM/ECF)