```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: AUG 2 0 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

RENE CARDONA,
    a/k/a "Rey Cardona Cruz"
    a/k/a "REYCCRUZ"

                    Defendant.

No. 14-CR-314 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    At the sentencing hearing earlier today, Defense Counsel requested that, pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court recommend to the Attorney General that Defendant be confined at MDC Brooklyn for six-to-eight months in order to permit Defendant to assist in preparing the appeal. After consultation with a representative of the Bureau of Prisons, the Court denies this request.

SO ORDERED.

Dated:    August 20, 2015
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge